GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE: (208) 734-1180
FAX: (208) 734-2783
trustee@filertel.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| In Re: | ) | |
|---|---|---|
| | ) | Chapter 7 |
| Anna May Hawkins, | ) | |
| | ) | Case No. 20-40243-JMM |
| Debtor. | ) | |

**Trustee's Objection to Claim of Exemption**

Notice of Objection to Claim of Exemption
and Opportunity to Object and for a Hearing

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE ABOVE NAMED COURT, THE DEBTOR(S), AND DEBTOR(S) ATTORNEY:

**NOTICE**

**YOU ARE HEREBY NOTIFIED** that the trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Description | Law | Value |
|---|---|---|
| 1948 Jeep Willy CJ-2A | Idaho Code § 11-605(3) | $7,000.00 |

Objection to Exemption                                                                                                         1

## **OBJECTION**

**Objection(s) is made on the following grounds:**

- In the event, the Court finds the 1948 Jeep Willy CJ-2A to be property of this bankruptcy estate, the claim of exemption on the 1948 Jeep Willy by Debtor should be disallowed because the vehicle was not registered with the Department of Transportation, and was inoperable, at the time of the bankruptcy filing. See *In Re Walsh,* 14-01778-TLM (Bankr. D. Idaho 2014).

Dated: May 20, 2020

/s/ Gary L. Rainsdon
Gary L. Rainsdon, Chapter 7 Trustee

# **CERTIFICATE OF MAILING**

I hereby certify that on May 20, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- John O Avery    ch@averylaw.net;twinfalls@averylaw.net;ryan@averylaw.net;averybklaw@gmail.com;boise@averylaw.net;pocatello@averylaw.net;lawar78055@notify.bestcase.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

Anna Hawkins
739 N. Main #3
Kimberly, Idaho 83341

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

None

Via certified mail, return receipt requested, addressed as follows:

None

/s/Gary L. Rainsdon
Gary L. Rainsdon, Chapter 7 Trustee

Objection to Exemption    3